UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL FONG,                                           Plaintiff, | Case No. _____ |
| -v- | **Rule 7.1 Statement** |
| WEILL CORNELL MEDICAL COLLEGE, NEWYORK PRESBYTERIAN HOSPITAL, and HUGH HEMMINGS, M.D.            Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_____ JILL FONG _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 9/10/19

*Signature of Attorney*

**Attorney Bar Code:** JS4602