UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JILL FONG,

              Plaintiff,         19-cv-8416 (JGK)

  - against -                 ORDER

WEILL CORNELL MEDICAL COLLEGE, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

The case is referred to Magistrate Judge Wang for purposes of settlement. The parties should report to the Court within seven days after completion of the settlement discussions.

At that point, the plaintiff shall have 21 days to file an amended complaint if needed. The defendants shall have 21 days thereafter to move or answer; no further pre-motion conference is needed. If any motions are made, the plaintiff shall then have 21 days to respond and the defendants shall have 10 days to reply.

SO ORDERED.

Dated:    New York, New York
           December 3, 2019

                                      John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-4-19