```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JILL FONG,

                Plaintiff,          19-cv-8416 (JGK)

    - against -                 ORDER

WEILL CORNELL MEDICAL COLLEGE, ET AL.,

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to provide a status report by July 31, 2020.

**SO ORDERED.**

Dated:    New York, New York
            July 21, 2020          /s/ John G. Koeltl
                                            **John G. Koeltl
                                   United States District Judge**